NO. 07-09-0139-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JUNE 12, 2009
_____

ELIDA CASTANEDA, RAMONA CASTANEDA,
LUPE CASTANEDA, AND ARTHUR CASTANEDA, APPELLANTS

V.

CLARK RILEY, APPELLEE
_____

FROM THE 64TH DISTRICT COURT OF HALE COUNTY;

NO. A35668-0710; HONORABLE ROBERT W. KINKAID, JUDGE
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

Appellants Elida Castaneda, Ramona Castaneda, Lupe Castaneda and Arthur Castaneda appealed from the trial court's order granting summary judgment in favor of appellee Clark Riley. Appellants have filed a motion seeking voluntary dismissal of the appeal in accordance with Rule of Appellate Procedure 42.1. Finding the motion complies with the requirements of Rule 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled, we dismiss the appeal.

Having disposed of the appeal at appellant's request, we will not entertain a motion for rehearing and our mandate will issue forthwith.


James T. Campbell
Justice